Clerk of said court                                    7-20-15

I filed an appeal with this court from the
337 District and it would seem this court has mixed
my appeals with the other case which has Been Dismissed
I followed all procedures with my appeal this court
has erroneously mistaked, lost, or misplaced, or held back
my paperwork. I'm requesting all pleadings, docket sheet
of Both cases

                    12-00322-CV          William Wallace Frey
                    13-00086-CV          #1718159
                                         Powledge Unit
                                         1400 Fm 3452
                                         Palestine Tx 75803


FILED IN COURT OF APPEALS
12th Court of Appeals District
JUL 29 2015
TYLER TEXAS
CATHY S. LUSK, CLERK